# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157881 & (19)(20)(21)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDRE MONTEEK EDWARDS,
      Defendant-Appellant.

SC: 157881
COA: 341475
Genesee CC: 08-023861-FC

_____/

      On order of the Court, the motion to supplement the application for leave to appeal is GRANTED. The application for leave to appeal the May 11, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to expand the record and to remand for an evidentiary hearing are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

p1217